FILED
1/9/2015 2:22:52 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Roxanne Huron

NO. 2013CI09714

| | | |
|---|---|---|
| CECILIA A. ROBINSON AND CECIL L. JONES, JR. Plaintiffs, | § § § § § | IN THE DISTRICT COURT |
| V. | § § | 131ST JUDICIAL DISTRICT |
| YVONNE E. PERRYMAN Defendant. | § § | OF BEXAR COUNTY, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
02/5/2015 8:30:35 AM
KEITH E. HOTTLE
Clerk

## NOTICE OF APPEAL

Defendant, Yvonne E. Perryman, party to this case, files this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

The trial court, trial court case number and style of this matter are shown in the above caption.

The judgment or order appealed from was signed on December 23, 2014.

Yvonne E. Perryman desires to appeal the sufficiency of evidence in support of the claimed maintenance expenses. Specifically, the admission of documents as a summary of voluminous testimony absent testimony as to the substance of the documents.

This appeal is being taken to either the First or Fourteenth Court of Appeals.

This notice is being filed by Yvonne E. Perryman.

Respectfully submitted,

By: /s/ *Kevin D. Hays*

Kevin D. Hays
Texas Bar No. 24074381
Email: KHays@clear.net
321 Jackson
San Antonio, Texas 78212
Tel. (210) 226-4878
Fax. (210) 807-8805
Attorney for Defendant
Yvonne E. Perryman

## CERTIFICATE OF SERVICE

I certify that on January 9, 2015 a true and correct copy of Defendant's Notice of Appeal was served by fax on Steven F. Wooldridge at (210) 223-6372.


/s/ *Kevin D. Hays*
Kevin D. Hays